NANA D. AMOAH / # 4369928
Name and Prisoner/Booking Number

SACRAMENTO COUNTY MAIN JAIL
Place of Confinement

651 "I" STREET
Mailing Address

SACRAMENTO, CA, 95814
City, State, Zip Code

**FILED**

DEC 0 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

NANA D. AMOAH                            )
(Full Name of Plaintiff)        Plaintiff,   )
                                         )
                                         )    **2:18 - CV - 3120    KJN PC**
v.                                       )  CASE NO. _____
                                         )        (To be supplied by the Clerk)
(1) DEPUTY HENINESS (# 802)              )
(Full Name of Defendant)                 )
                                         )
(2) SACRAMENTO COUNTY SHERIFF DEP.       )
                                         )    **CIVIL RIGHTS COMPLAINT**
(3) _____,           )         **BY A PRISONER**
                                         )      JURY TRIAL DEMANDED
(4) _____,           )  ☒ Original Complaint
         Defendant(s).                   )  ☐ First Amended Complaint
☐ Check if there are additional Defendants and attach page 1-A listing them.  ☐ Second Amended Complaint

## A. JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:

☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983

☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).

☐ Other: _____.

2.   Institution/city where violation occurred: SACRAMENTO COUNTY MAIN JAIL / SACRAMENTO.

Revised 3/15/2016                                 1

## B. DEFENDANTS

1.  Name of first Defendant: _DEPUTY HENNESS (E 802)_ . The first Defendant is employed as:
    _DEPUTY_ at _SACRAMENTO COUNTY MAIN JAIL_ .
           (Position and Title)                                         (Institution)

2.  Name of second Defendant: _SAC. CO. SHERIFF DEP._ . The second Defendant is employed as:
    _EMPLOYER OF THE DEFENDANT_ at _SACRAMENTO COUNTY MAIN JAIL_ .
           (Position and Title)                                           (Institution)

3.  Name of third Defendant: _____ . The third Defendant is employed as:
    _N/A_ at _____ .
           (Position and Title)                                           (Institution)

4.  Name of fourth Defendant: _N/A_ . The fourth Defendant is employed as:
    _____ at _____ .
           (Position and Title)                                           (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☒ No

2.  If yes, how many lawsuits have you filed? _N/A_ . Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _N/A_ v. _N/A_
        2.  Court and case number: _N/A_ .
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _N/A_
        _____ .

    b.  Second prior lawsuit:
        1.  Parties: _N/A_ v. _N/A_
        2.  Court and case number: _N/A_ .
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _N/A_
        _____ .

    c.  Third prior lawsuit:
        1.  Parties: _N/A_ v. _N/A_
        2.  Court and case number: _N/A_ .
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _N/A_
        _____ .

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: *Cruel and unusual Punishment*

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
☒ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

*Between the months of September and November 2018, I have been cruelly and unusually punished by Deputy Hemness with badge # 802 during his shift on 4East at the Sacramento County main Jail. Dp. Hemness runs the morning shift from Wednesdays through Saturdays (Wednesdays are alternated between his shift and Dp. Boris). Dp. Hemness has repeatedly punished me cruelly and unusually by denying me access to 'dayroom time' and religious programs when my cellmate(s) do not wake up for counts. When I informed him about how his actions are affecting me mentally, physically and emotionally, Dp. Hemness stated that each time my cellmate does not wake up for count time, I would be equally punished even if I woke up for count time. I told Dp. Hemness that it is not in my best interest to punish me for another man's mistakes. Dp. Hemness stated that it is what it is and I should live with it. I wrote a grievance when the abuse became frequent and I couldn't bore it any longer. Dp. Hemness told me that my grievance was not grievable. Dp. Hemness obstructed the appeal process by providing me with the response to my grievance 10 days after it was signed - making it impossible for to appeal since the deadline for appeal is 5 days after the response date. Reference number (#2018-2597) in Sacramento county main Jail inmate file/records.*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

*Defendant(s) constant abuse has traumatized me mentally, Emmotionally and psychologically. I sometimes have nightmares about the abuse. It makes me feel less than a human with no rights.*

5. **Administrative Remedies:**

a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No

b. Did you submit a request for administrative relief on Claim I? ☐ Yes ☒ No

c. Did you appeal your request for relief on Claim I to the highest level? ☐ Yes ☒ No

d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *Defendant Obstructs the appeal process by providing me with the response 10 days after the response was signed.*

3

**CLAIM II**

1.  State the constitutional or other federal civil right that was violated: _Religious Rights_

2.  **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
    ☐ Basic necessities          ☐ Mail                ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings   ☐ Property            ☒ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Between the months of September and November 2018, Deputy Hemness who works on 4East of the Sacramento County main Jail between the hours of 0600 and 1900, Wednesday through Saterdays has constantly inflinge on my religious right by denying me access to religious programms. DP. Hemnes states that I was being denied access to religious programs because my cellmate(s) do not wake up for count time. Even when I woke up for count time and my cellmate(s) do not wake up, DP. Hemness would still deny me access to religious programms. Even when I do not have a cellmate, DP. Hemness would still state that my cellmate did not wake up for count time and he would deny me access to religious programms. The most recent incident I recived about occured on 9/15/18 and 9/29/18. More over, there had both enos incidents. When I informed DP. Hemness on the prior incidents via the intercom in my cell that he is inflinging on my religious rights and he is injuring me emmotionally and mentally, DP. Hemness responded that I do not have religious rights in Sacramento County main Jail, however, I have religious prevelage of which he stated that it can be revoked by him at any given time at his discretional authority. Reference incidence 2018-2597 in Sacramento County Main Jail inmate file/records.

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Defendant(s) constant abuse of my religious rights has injured me emmotionally, mentally and psychologically. It has traumatise me. It makes me feel less of a human. I also have nightmares about the abuse

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                                     ☒ Yes   ☐ No
    b.  Did you submit a request for administrative relief on Claim II?                    ☐ Yes   ☒ No
    c.  Did you appeal your request for relief on Claim II to the highest level?           ☐ Yes   ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Defendant Obstructe the appeal process by providing me with the response 10 days after the response was signed._

4

## CLAIM III

1. State the constitutional or other federal civil right that was violated: _Right to safety_

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.

☐ Basic necessities          ☐ Mail               ☐ Access to the court        ☐ Medical care

☐ Disciplinary proceedings   ☐ Property           ☐ Exercise of religion       ☐ Retaliation

☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_Between the months of September and November 2018, actions of DP Hennees who works at the Sacramento County main Jail from Wednesdays through Sundays has constantly threatened my safety at the Sacramento County main Jail. DP Hennees punishes me for my cellmates mistakes by denying me dayroom time and access to religious programms when my cellmate refuses to wake up for court time. His constant punishments puts me in a confrontational state with my cellmate(s). Since DP Hennees punishes me for my cellmate(s) mistakes and I do not want to be denied access to religious programms and dayroom time, I try to wake my cellmate(s) up, which makes them angry since they do not want to be bothered at 0630 hours for dayroom time or court. When I told them that their actions affects me also, some threatened to cause bodily harm to me if I kept on confronting them about court. When I informed DP Hennees that his cruel and unusual punishment was threatening my safety and putting me in harms way via the intercom in my cell, DP Hennees stated that it is what it is, and whenever my cellmate(s) do not make for court time, I will be punished equally for their mistakes. Reference: Incidence # 2018-2597 in Sacramento county main Jail inmate file/records._

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_Defendants constant abuse has injured me mentally, psychologically and emmotionally. I am traumatised. Whenever I hear an announcement for count time, fear grips me. I constantly have fear for my life ever since._

5. **Administrative Remedies.**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No

   b. Did you submit a request for administrative relief on Claim III?  ☐ Yes  ☒ No

   c. Did you appeal your request for relief on Claim III to the highest level?  ☐ Yes  ☒ No

   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _Defendant obstructed the appeal process by providing me with the response 10 days after the response was signed_

**If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.**

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking a relief in monetary compensation of Twenty Million dollars ($20,000.00)
I am also asking the court to grant me and my family safety from threats
harassment, retaliation that may result in bodily harm or death,
emotional and psychological or mental injuries by the defendants
and their affiliates at any place in the United States of America
but not limited to jail or prison.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/20/18__
_____DATE_____

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.